**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 410 EAL 2020

          Respondent           :

                                  :   Petition for Allowance of Appeal

                                  :   from the Order of the Superior Court

          v.                      :

                                  :

WILLIAM STANCIL,                  :

                                  :

          Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 30th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.  Application to Withdraw as Counsel is **DENIED** as moot.